■ LORI CHICCINO, Respondent, v DORIS HARTMAN et al., Appellants. — Order unanimously reversed, without costs, motion granted and complaint dismissed. Memorandum: Plaintiff has no cause of action against her parents, the defendants herein, for negligent supervision (see *Holodook v Spencer*, 36 NY2d 35) or for negligent entrustment of a dangerous instrumentality (see *Nolechek v Gesuale*, 46 NY2d 332). (Appeal from order of Supreme Court,

Wayne County, De Pasquale, J. — dismiss complaint.) Present — Hancock, Jr., J. P., Callahan, Denman, Boomer and Schnepp, JJ.